UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-60237-CIV-SEITZ/MCALILEY

STUART WEITZMAN, LLC,

    Plaintiff,

v.

MICROCOMPUTER RESOURCES, INC,

    Defendant.
_____/

### ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO STAY DISCOVERY

THIS CAUSE is before the Court on Plaintiff's Motion to Stay Discovery [DE 123]. Plaintiff seeks to stay discovery until the Court rules upon Plaintiff's Summary Judgment Motion. Plaintiff further requests that the parties be permitted to take discovery past April 20, 2007 for the number of days encompassed by the discovery stay. Upon review of the motion, and noting that Defendant does not oppose such a stay, it is hereby

ORDERED that Plaintiff's Motion to Stay Discovery [DE 123] is GRANTED IN PART AND DENIED IN PART. Discovery shall be stayed for 30 days from the date of this Order or until such time as the Court rules on Plaintiff's Summary Judgment Motion.

IT IS FURTHER ORDERED that discovery shall be extended past April 20, 2007 for the length of the discovery stay.

DONE AND ORDERED in Miami, Florida this 22nd day of March, 2007.

*(signature)*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record