UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-60237-CIV-SEITZ/MCALILEY

STUART WEITZMAN, LLC,

    Plaintiff,
v.

MICRO COMPUTER RESOURCES, INC.,

    Defendant.
_____/

**NOTICE**

THIS MATTER is before the Court *sua sponte*. The Court has set aside an hour for argument on the Plaintiff's Summary Judgment Motion. To assist the parties in their presentation to the Court, they should be prepared to address the following questions at the **April 13, 2007** hearing:

(1) What constitutes the "Custom Software" and/or "MCR Software" as it is understood by the parties?

(2) Is there any dispute as to whether MCR has the formal rights to the intellectual property in the software defined in the answer to Question #1?

(3) What is the legal basis (with citations) to permit the Court to consider the Draft Engagement Agreement ("DEA") to determine ownership of a copy of the software at issue given that it was never executed and appears to be prospective in nature?

(4) Both parties allege that there was an oral agreement that governed the parties' relationship. What were the terms of that oral agreement? What is the evidence to support each parties' position as of January 2005?

(5) It appears to be undisputed that Weitzman paid MCR approximately $2 million. It is not clear to the Court what period of time this $2 million relates to. Was it from 1993 to 2005? Was it from 2003 to 2005? Was it from 1998 to 2005? What did Weitzman receive in return for the amounts paid?

DONE AND ORDERED in Miami, Florida, this 5th day of April, 2007.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record