UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-60237-CIV-SEITZ/MCALILEY

STUART WEITZMAN, LLC,

    Plaintiff,

v.

MICROCOMPUTER RESOURCES, INC,

    Defendant.
_____/

**ORDER REQUIRING PROPOSED JUDGMENT**

    THIS MATTER is before the Court *sua sponte*. On May 23, 2007, the Court granted Plaintiff Stuart Weitzman, LLC's summary judgment motion declaring that Weitzman owned its copy of the disputed software and could modify and add new features to it for its internal business needs. However, in the Complaint, Plaintiff also sought a declaration that it has not violated any trade secrets purportedly held by Defendant MicroComputer Resources, Inc. and will not violate such trade secrets by maintaining and modifying the software. Plaintiff did not move for summary judgment on this issue. Therefore, in light of the Court's Order granting summary judgment, Plaintiff, after conferring with Defendant, must submit a proposed judgment indicating whether a partial judgment or a final judgment should be entered in this case. Accordingly, it is hereby

    ORDERED that Plaintiff shall file a Proposed Judgment by **Friday May 25, 2007**.

    DONE AND ORDERED in Miami, Florida this 23rd day of May, 2007.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record